EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:     541-2850
facsimile:     541-2958
e-mail:        wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 01 2003

at 3 o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAM A. KALANI,<br><br>  Defendant. | CR NO. CR03-00208 SOM<br><br>**INDICTMENT**<br><br>[18 U.S.C. § 922(g)(1)] |

### I N D I C T M E N T

(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about January 8, 2003, in the District of Hawaii, defendant WILLIAM A. KALANI, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess in and affecting commerce a firearm, to wit: Colt .357 Magnum revolver.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: MAY - 1 2003, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney

United States v. WILLIAM A. KALANI
Cr. No.
"INDICTMENT"