PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 14 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: WILLIAM A. KALANI        Case Number: CR 03-00208SOM-01

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
                                        U.S. District Judge

Date of Original Sentence: 8/9/2004

Original Offense:   Felon in Possession of a Firearm, in violation of 18 U.S.C.
                    §§ 922(g)(1) and 924(a)(2), a Class C felony

Original Sentence:  Thirty-one (31) months imprisonment, to be followed by three (3)
                    years of supervised release with the following special conditions:
                    1) That the defendant participate in a substance abuse program,
                    which may include drug testing at the discretion and direction of the
                    Probation Office; 2) That the defendant provide the Probation
                    Office access to any requested financial information; and 3) That
                    the defendant shall submit his person, residence, place of
                    employment, or vehicle to a search conducted by the U.S.
                    Probation Office at a reasonable time and in a reasonable manner,
                    based upon reasonable suspicion of contraband or evidence of a
                    violation of a condition of supervision.  Failure to submit to a search
                    may be grounds for revocation.  The defendant shall warn any
                    other resident that the premises may be subject to search pursuant
                    to this condition.

Type of Supervision: Supervised Release        Date Supervision Commenced: 8/9/2005

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

General Condition:      *That the defendant shall refrain from any unlawful use of a
                        controlled substance.  The defendant shall submit to one
                        drug test within 15 days of the commencement of
                        supervision and at least two drug tests thereafter but no*

                                    *more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event, the maximum shall increase to up to one valid drug test per day (mandatory condition).*

*Special Condition No. 1:*   *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

## CAUSE

Since the subject's release, he completed the one-year substance abuse counseling and drug testing program at Hina Mauka. The subject also graduated from the Youth Build Honolulu program on 9/8/2006. This consisted of a one-year educational and vocational training program, which allowed the subject to obtain his high school diploma and receive training in the construction field. He is currently working full-time building scaffolding for construction sites. Although the subject appears to be compliant with the conditions of supervision, he has recently had some trouble at work with respect to questionable work absences.

Considering the subject's age, seriousness of his original crime, and his significant criminal history, it appears prudent to randomly test the subject for illicit drug use until the expiration of supervision.

In light of U.S. vs. Stephens, we are requesting that the Court modify the mandatory drug testing condition (General Condition) to allow for additional drug testing. We are also requesting that Special Condition No. 1 be revised to include updated language.

Prob 12B
(7/93)

3

    As noted by his signature on the attached Waiver of Hearing form (Probation Form 49), the subject maintains no objections to this recommendation. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications and have expressed no objections.

Respectfully submitted by,

FRANK M. CONDELLO, II<br>U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 11/13/2006

---

THE COURT ORDERS:

[ X ]    The Modification of Conditions as Noted Above
[   ]    Other

SUSAN OKI MOLLWAY<br>U.S. District Judge<br>11/13/06<br>Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

    *General Condition:*    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event, the maximum shall increase to up to one valid drug test per day (mandatory condition).*

    *Special Condition No. 1:*    *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Witness: _____    Signed: _____
FRANK M. CONDELLO, II    WILLIAM A. KALANI
U.S. Probation Officer    Supervised Releasee

10/23/06
Date