# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/5/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CRIMINAL 03-00208SOM-01

CASE NAME:         United States of America vs. William A. Kalani

ATTYS FOR PLA:     Derrick Ching

ATTYS FOR DEFT:    Matthew Winter

INTERPRETER:

JUDGE:   Susan Oki Mollway          REPORTER:   Debra Chun

DATE:    1/5/2007                   TIME:       10:00 - 10:20

COURT ACTION:  Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant present in custody with counsel Matthew Winter.

Further hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked continued to Friday, January 12, 2007 at 9:00 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager