# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00208SOM |
| CASE NAME: | USA vs. William Kalani |
| ATTYS FOR PLA: | Darren Ching |
| | Frank Condello (USPO) |
| ATTYS FOR DEFT: | Matthew Winter |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/12/2007 | TIME: | 9:05 - 9:55 |

COURT ACTION:  EP: Further Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant William Kalani present and in custody.

Defendant denies violation no. 2

Discussion held re: how to proceed re: violations 1 and 2.

Government's Witness: Frank Condello CST.

Defendant's Witness: Wendy Nakasone CST.

Arguments.

Court finds that there is sufficient evidence to support violation no. 2 and the defendant has not met the condition of supervised release.

Given the Court's decision re: violation no. 2, Defendant agrees to be held in custody until the Status Conference, which is set for 2/12/07 @ 3:00 p.m.

No objection by the Government.

Sentencing re: violation #2, and decision on the merits of violation no. 1 will be held in abeyance.

Court informs the parties that it does not foreclose going ahead with sentencing even though the State Court case is still pending.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.