PETER B. CARLISLE  2209       **ORIGINAL**
Prosecuting Attorney
TRISH K. MORIKAWA  6485
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    547-7451
FAX:  527-6546
Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00208-SOM |
| | ) | |
| Plaintiff, | ) | APPLICATION REGARDING |
| | ) | TEMPORARY TRANSFER OF |
| v. | ) | CUSTODY TO THE STATE OF HAWAII |
| | ) | REGARDING WRIT OF HABEAS |
| WILLIAM A. KALANI, | ) | CORPUS AD PROSEQUENDUM; |
| | ) | EXHIBITS "A" AND "B" |
| Defendant. | ) | |
| | ) | |
| | ) | |

APPLICATION REGARDING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Trish K. Morikawa, Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of the physical custody of WILLIAM A. KALANI from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials at any time or times deemed necessary until the conclusion of State of Hawaii v. WILLIAM A. KALANI, Criminal No. 07-1-0011.

Defendant WILLIAM A. KALANI is now detained in the custody of the United States Marshal Service, District of Hawaii, pending Status Conference.

Defendant WILLIAM A. KALANI has a hearing for Arraignment and Plea before the Honorable Derrick H. M. Chan, Judge of the Circuit Court of the First Circuit, State of Hawaii, currently scheduled for January 29, 2007.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney assigned to the above matter. (See, Exhibit "A").

This Application requests that the Court grant a temporary transfer of the physical custody of WILLIAM A. KALANI from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus ad Prosequendum filed on January 19, 2007, in the Circuit Court of the First Circuit, State of Hawaii (see, Exhibit "B").

Upon conclusion of State of Hawaii v. WILLIAM A. KALANI, Criminal No. 07-1-0011, Defendant WILLIAM A. KALANI will be returned to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii: January 22, 2007.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
TRISH K. MORIKAWA
Deputy Prosecuting Attorney
City and County of Honolulu