5412958  Case 1:03-cr-00208-SOM   Document 39-2   Filed 01/22/2007   Page 1 of 1
US ATTORNEYS OFFICE                       02:39:26 p.m.   01-17-2007      1/1
JAN-17-2007 WED 12:03 PM  PROSECUTING ATTY MISD    FAX NO. 808 527 6471        P. 02

DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400

PETER B. CARLISLE
PROSECUTING ATTORNEY



DOUGLAS S. CHIN
FIRST DEPUTY PROSECUTING ATTORNEY

January 16, 2007

Darrin Ching,
  Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

    RE:   State of Hawaii v. William A. Kalani
           Criminal No. 07-1-0011

Dear Mr. Ching:

    I understand the above-named individual is currently in the custody of the federal government. The State of Hawaii has a case involving the same individual and would like your approval to take custody of this person for one day on January 29, 2007. The State of Hawaii will later make arrangements with you for the Defendant's future State court appearances.

    Please sign below if you agree to this request and FAX a copy of this letter to Rene Lee, FAX no. 550-6517. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

    Thank you for your cooperation in this matter. If you have any questions, please call me at 547-7451 or Rene Lee at 547-7473.

                                           Very truly yours,

                                           Trish Morikawa
                                           Deputy Prosecuting Attorney

APPROVED:

_____ JAN 17 2007
Darrin Ching
Assistant United States Attorney

**EXHIBIT "A"**