PETER B. CARLISLE 2209
Prosecuting Attorney
TRISH K. MORIKAWA 6485
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii 96813
Ph:    547-7451
FAX: 527-6546
Attorneys for State of Hawaii

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2007 JAN 19 PM 2:49

R. HIGA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE WILLIAM A. KALANI,<br><br>Defendant. | S. P. NO. 07-1-0026<br>(Cr. No. 07-1-0011)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE DERRICK H. M. CHAN, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Trish K. Morikawa, Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1.    That WILLIAM A. KALANI has a case in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal No. 07-1-0011;

EXHIBIT "B"

2. That hearing on the Arraignment and Plea in Criminal No. 07-1-0011 is scheduled for January 29, 2007; 8:30 a.m., before the Honorable DERRICK H. M. CHAN, Judge of the Circuit Court of the First Circuit, State of Hawaii;

3. That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

4. That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of WILLIAM A. KALANI to State of Hawaii Officials on January 29, 2007, and at any time or times deemed necessary until the conclusion of Criminal No. 07-1-0011; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1. bring the said Defendant before the Honorable DERRICK H. M. CHAN, Judge of the Circuit Court of the First Circuit, on January 29, 2007; 8:30 a.m.;

2. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, that same day;

3. bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal No. 07-1-0011;

4. retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings; and thereafter

5.  return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, each time.

Dated at Honolulu, Hawaii: January 16, 2007.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
TRISH K. MORIKAWA
Deputy Prosecuting Attorney
City and County of Honolulu


ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii: _____JAN 1 8 2007_____.

DERRICK H.M. CHAN
_____
DERRICK H. M. CHAN
Judge of the above entitled court

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and

STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of WILLIAM A. KALANI, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on January 29, 2007, and at any time or times deemed necessary until the conclusion of Criminal No. 07-1-0011; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1. bring the said Defendant before the Honorable DERRICK H. M. CHAN, Judge of the Circuit Court of the First Circuit, on January 29, 2007; 8:30 a.m.;

2. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii that same day;

3. bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal No. 07-1-0011

4. retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings; and thereafter

5.  return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, each time.

Upon completion of the above and conclusion of Criminal No. 07-1-0011, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable DERRICK H. M. CHAN, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this __18__ day of __January 2007__.

S. H. Arashiro
Clerk, Circuit Court, First Circuit
State of Hawaii

DERRICK H.M. CHAN
Judge of the Circuit Court
First Circuit, State of Hawaii