PETER B. CARLISLE  2209
Prosecuting Attorney
TRISH K. MORIKAWA  6485
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:   547-7451
FAX:  527-6546
Attorneys for State of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 4 2007

at 10 o'clock and 15 min. AM
SUE BEITIA, CLERK

LODGED

JAN 2 2 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00208-SOM |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING TEMPORARY |
| v. ) | TRANSFER OF CUSTODY TO THE |
| ) | STATE OF HAWAII REGARDING WRIT |
| WILLIAM A. KALANI, ) | OF HABEAS CORPUS AD |
| ) | PROSEQUENDUM |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant WILLIAM A. KALANI to State of Hawaii Officials at any time or times deemed necessary until the conclusion of State of Hawaii v. WILLIAM A. KALANI, Criminal No. 07-1-0011.  Upon the conclusion of the case, State of Hawaii

Officials are to return the said Defendant back to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated: \_\_\_\_1-23-2007\_\_\_\_ at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. WILLIAM A. KALANI
Cr. No. 03-00208-SOM
Order Granting Temporary Transfer
of Custody to the State of Hawaii Regarding
Writ of Habeas Corpus Ad Prosequendum