# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/19/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00208SOM

CASE NAME:        USA vs. William Kalani

ATTYS FOR PLA:    Darren Ching
                  Frank Condello (USPO)

ATTYS FOR DEFT:   Matthew Winter

INTERPRETER:

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:     4/19/2007                TIME:        2:15 - 2:20

COURT ACTION:  EP: Status Conference -

Defendant William Kalani present and in custody.

Mr. Winter informed the court that the defendant's state court trial was continued until September.

Mr. Winter requests to continue this status conference to the last week in July - no objection by the government.

Further Status Conference is continued to 7/30/07 @ 1:30 p.m. SOM.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.