# MINUTES

CASE NUMBER:      CR 03-00208SOM

CASE NAME:        USA vs. William Kalani

ATTYS FOR PLA:    Darren Ching

ATTYS FOR DEFT:   Matthew Winter

INTERPRETER:

JUDGE:   Susan Oki Mollway          REPORTER:   Debra Chun

DATE:    3/3/2008                   TIME:       11:35 - 11:45

COURT ACTION:  EP: Further Status Conference -

Defendant William Kalani present and in custody.

Mr. Winter updated the Court re: defendant's state court case.

Mr. Winter requests a continuance of this hearing until after the state court trial - no objection by the Government.

The Order to Show Cause Why Supervised Release Should Not be Revoked is continued to 4/21/08 @ 9:45 a.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.