# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00208SOM |
| CASE NAME: | USA vs. William Kalani |
| ATTYS FOR PLA: | Darren Ching<br>Frank Condello (USPO) |
| ATTYS FOR DEFT: | Matthew Winter |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/10/2008 | TIME: | 2:15 - 2:30 |

COURT ACTION:  EP: Further Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked (Continued Evidentiary Hearing) -

Defendant William Kalani present and in custody.

Mr. Winter updated the Court re: Defendant's state court case.

Defendant does not contest violation #1.

Court had previously found that there is sufficient evidence to support violation no. 2 over defendant's denial.

Court finds that there is sufficient evidence to support violation no. 1 and the defendant has not met the conditions of supervision.

Allocution by Defendant.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 24 Months.

No further supervised release imposed.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATION: FDC Honolulu.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.